1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID ANTHONY FALLON,

11          Plaintiff,                    CIV-S-05-0966 FCD GGH PS

12       vs.

13   UNITED STATES GOVERNMENT,

14          Defendant.                 ORDER
                                    /

15

16          Plaintiff has not paid the fee ordinarily required to file an action in this court, and

17   has filed an incomplete application to proceed without prepayment of fees.  See 28 U.S.C.

18   §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity to submit either the appropriate

19   affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

20          Even had plaintiff completed this court's form application to proceed in forma

21   pauperis, and demonstrated a proper basis to proceed without prepayment of funds, this court

22   would not permit the action to proceed upon the lodged complaint.

23          Fed. R. Civ. P. 8 sets forth general rules of pleading in the Federal Courts.

24   Complaints are required to set a forth (1) the grounds upon which the court's jurisdiction rests,

25   (2) a short and plain statement of the claim showing entitlement to relief; and (3) a demand for

26   the relief plaintiff seeks.  Rule 8 requires "sufficient allegations to put defendants fairly on notice

1

1   of the claims against them." McKeever v. Block, 932 F.2d 795, 798 (9th Cir. 1991).   The

2   complaint does not meet these requirements.   There is no allegation of the basis for this court's

3   jurisdiction.   The complaint's allegations are not sufficient to put defendants fairly on notice.

4   See Conley v. Gibson, 355 U.S. 41, 47, 78 S. Ct. 99, 102, 2 L. Ed. 2d 80 (1957); Richmond v.

5   Nationwide Cassel L.P., 52 F.3d 640, 645 (7th Cir. 1995) (amended complaint with vague and

6   scanty allegations fails to satisfy the notice requirement of  Rule 8); 5 C. Wright & A. Miller,

7   Federal Practice and Procedure § 1202 (2d ed. 1990).

8         In addition to its deficiencies pursuant to Rule 8, several other grounds exist for

9   dismissing the proposed complaint: improper form of the complaint (Rule 10(b)); lack of subject

10  matter jurisdiction (Rule 12(b)(1)); and failure to state a claim upon which relief may be granted

11  (Rule 12(b)(6)).   Finally, the proposed complete is almost entirely illegible.

12        In accordance with the above, IT IS HEREBY ORDERED that:

13        1.  Plaintiff shall submit, within twenty days from the date of this order, either a

14  completed application and affidavit in support of his request to proceed in forma pauperis on the

15  form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply

16  with this order will result in a recommendation that this action be dismissed; and

17        2.  Plaintiff shall also submit an amended complaint;

18        3.  The Clerk of the Court is directed to send plaintiff a new Application to

19  Proceed In Forma Pauperis.

20  DATED: 6/7/05

/s/ Gregory G. Hollows

21  _____
    GREGORY G. HOLLOWS
22  UNITED STATES MAGISTRATE JUDGE

GGH:mb
23  Fallon0966.ifp

24

25

26

2